THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALCENIUS HARDEN, Appellant.— Motion granted to the extent of amending the order entered May 18, 1972 [39 A D 2d 839] by adding thereto after the words "of counsel for the appellant," the words "the court having considered the brief filed by the appellant". Present — Goldman, P. J., Del Vecchio, Gabrielli, Moule and Henry, JJ.

MICHAEL D. LOMBARDO, ESQ. of Jamestown, N. Y. and ROBERT I. MILLONZI, ESQ. of Buffalo, N. Y., appointed members of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Eighth Judicial District. (Orders entered June 7, 1972.)

ANTHONY R. PALERMO, ESQ. of Rochester, N. Y., appointed member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Seventh Judicial District. (Order entered June 26, 1972.)